IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 17-1006 (RDM) |
| ) | |
| THOMAS E. PRICE, M.D., ) | |
| in his official capacity as SECRETARY, ) | |
| UNITED STATES DEPARTMENT OF HEALTH ) | |
| AND HUMAN SERVICES, ) | |
| ) | |
| SCOTT GOTTLIEB, M.D., ) | |
| in his official capacity as ) | |
| COMMISSIONER OF FOOD AND DRUGS, ) | |
| FOOD AND DRUG ADMINISTRATION, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| TEVA PHARMACEUTICALS USA, INC.; ) | |
| BARR LABORATORIES, INC.; and ) | |
| WATSON LABORATORIES, INC., ) | |
| ) | |
| Intervenors. ) | |
| ) | |

**PLAINTIFF'S MOTION TO COMPLETE OR SUPPLEMENT
THE ADMINISTRATIVE RECORD**

Pursuant to Local Rule 7 and this Court's Scheduling Order, Plaintiff Amgen Inc. respectfully moves for completion or supplementation of the administrative record to include documents that were before FDA and necessarily considered by the agency in connection with its pediatric exclusivity decision for Sensipar. These documents include: (i) the Pediatric Review Board meeting minutes for Sensipar; (ii) missing documents reflecting FDA's consideration of

the requests for pediatric exclusivity for eight comparator drugs identified by both parties during the dispute resolution process; and (iii) missing documents reflecting FDA's application of its "fairly respond" standard "with consistency" since it was adopted in 2006.

The grounds for this motion are set forth more fully in the attached memorandum in support, which is incorporated herein by reference. A proposed order is attached to this motion.

Pursuant to Local Rule 7(m), counsel for Amgen and the federal defendants met and conferred on the issues raised in this motion by email and telephone conference on August 28, 29, 30, and September 1. The federal defendants oppose this motion. After completing their discussions with the federal defendants, counsel for Amgen reached out to counsel for the Teva intervenors, who indicated that they reserve the right to take a position after reviewing the motion.

Respectfully submitted,

 /s/ Catherine E. Stetson
Catherine E. Stetson (DC Bar # 453221)
Susan M. Cook (DC Bar # 462978)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5491
Fax: 202-637-5910
cate.stetson@hoganlovells.com
susan.cook@hoganlovells.com

*Counsel for Plaintiff Amgen Inc.*

Dated:  September 1, 2017

## CERTIFICATE OF SERVICE

I certify that on September 1, 2017, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

/s/ Catherine E. Stetson
Catherine E. Stetson
