# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMGEN INC., ) |  |
| ) |  |
| Plaintiff, ) |  |
| ) |  |
| v. ) | Civil Action No.: 17-1006 (RDM) |
| ) |  |
| THOMAS E. PRICE, M.D., ) |  |
| in his official capacity as SECRETARY, ) |  |
| UNITED STATES DEPARTMENT OF HEALTH ) |  |
| AND HUMAN SERVICES, ) |  |
| ) |  |
| SCOTT GOTTLIEB, M.D., ) |  |
| in his official capacity as ) |  |
| COMMISSIONER OF FOOD AND DRUGS, ) |  |
| FOOD AND DRUG ADMINISTRATION, ) |  |
| ) |  |
| Defendants, ) |  |
| ) |  |
| and ) |  |
| ) |  |
| TEVA PHARMACEUTICALS USA, INC.; ) |  |
| BARR LABORATORIES, INC.; and ) |  |
| WATSON LABORATORIES, INC., ) |  |
| ) |  |
| Intervenors. ) |  |

### [PROPOSED] ORDER DIRECTING DEFENDANTS TO COMPLETE OR SUPPLEMENT THE ADMINISTRATIVE RECORD

Upon consideration of Plaintiff's Motion to Complete or Supplement the Administrative Record, the opposition filed by Defendants, and any arguments of counsel, good cause having been shown, it is hereby **ORDERED** that Defendants shall produce the following materials for inclusion in the administrative record **by October 6, 2017**, as contemplated by this Court's Scheduling Order, Dkt. 25.

- 2 -

WHEREFORE, it is hereby:

ORDERED, that Defendants shall include the Pediatric Review Board meeting minutes for Sensipar in the Administrative Record; and it is further

ORDERED, that Defendants shall include in the Administrative Record the following documents, denoted by an "X" in the following table, generated by FDA during the pediatric exclusivity determinations of the listed drugs, or instead certify that no such documents exist:

|  | Pediatric Exclusivity Board Meeting Minutes | Completed Pediatric Exclusivity Determination Checklist | Review Division Memoranda | Annotated Written Request |
|---|---|---|---|---|
| **Actiq** |  | X | X | X |
| **Calcijex** | X | X | [if not yet done] | X |
| **Mevacor** | X | X | X |  |
| **Orencia** | X | X | X | X |
| **OTC** | X | X | X |  |
| **Plavix** |  | X | X | X |
| **Zemplar** | X | X | X |  |
| **Zomig** | X | X |  |  |

And it is further ORDERED that Defendants shall include in the Administrative Record any other non-public documents supporting or negating FDA's assertion that it has applied its "fairly responds" interpretation consistently since 2006.

**SO ORDERED**, this ___ day of September 2017.

_____
United States District Court Judge

\\DC - 058360/000584 - 10639860 v1